**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| **COMMUNITYCARE HMO, INC.,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **CASE NO. CJ-05-6555** |
| VS. | ) | **JUDGE J. MICHAEL GASSETT** |
| | ) | |
| **MEMBERHEALTH, INC.,** | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

Plaintiff, CommunityCare HMO, Inc., respectfully requests that the Court enter a temporary restraining order and, after further hearing, a temporary injunction. A Brief in Support of this Motion is submitted contemporaneously herewith.

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

By:______________________________________

Tom Q. Ferguson, OBA No. 12288
Robert Spoo, OBA No. 19709
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma 74103-3725
Telephone (918) 582-1211
Facsimile (918) 591-5360

Attorneys for Plaintiff CommunityCare HMO, Inc.

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2006, a copy of this document was mailed to:

Mr. Charles E. Hallberg, RSA
MemberHealth, Inc.
5725 Ledgebrook Ln.
Solon, Ohio 44139

____________________________________
Robert Spoo