**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| COMMUNITY CARE, HMO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 06-CV-197-TCK-SAJ |
| | ) | |
| MEMBERHEALTH, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## SETTLEMENT CONFERENCE REPORT

On January 10, 2007 a Settlement Conference was held in the captioned matter.

☐ The litigation was settled; within ten (10) days of the date hereof, the Plaintiff and Defendant shall file:

-- a Stipulation of Dismissal
OR
-- a Journal Entry of Judgment.

☐ The litigation was not settled.

☑ Settlement negotiations are pending. The parties are to phone the undersigned by 5 : 00 p.m. on Jan 15, 2007.

DATED: January 10, 2007.

James E. Weger
Adjunct Settlement Judge