**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| COMMUNITY CARE, HMO, INC., et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case Number:06-CV-197-TCK-SAJ |
| | ) | |
| MEMBERHEALTH, INC., et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

**SETTLEMENT CONFERENCE REPORT**

Per the advise of Adjunct Settlement Judge James Weger, the parties have continued settlement negotiations.

By February 15, 2007, both the Plaintiffs and Defendants shall contact Adjunct Settlement Judge Weger to advise on the status of settlement.

SO ORDERED this the 30th day of January, 2007.

Paul J. Cleary
United States Magistrate Judge