**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **COMMUNITYCARE HMO, INC.,**<br><br>PLAINTIFF,<br>VS.<br><br>**MEMBERHEALTH, INC., COMMUNITY CARE RX, LLC AND NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,**<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 06-CV-197 TCK-SAJ** |

**JOINT MOTION FOR ENTRY OF ADMINISTRATIVE CLOSURE ORDER**

Pursuant to LCvR 41.1, the parties jointly request that the Court stay all action in this matter and administratively close this case until such time as the parties may submit a stipulation that the action, including all of the parties' claims, be dismissed with prejudice. Administrative closure of the case is needed because certain elements of the parties' settlement remain executory and require action by a federal agency. In support of this joint request the parties state as follows:

1. The parties have executed a settlement agreement. Execution of the agreement occurred after lengthy negotiations that began before and continued after a mediation held on January 10, 2007 before Adjunct Settlement Judge James E. Weger.

2. This matter is the second of two lawsuits that have been filed relating to the marks used by each of the parties in connection with their respective Medicare Part D prescription benefit plans.

3. Part of the settlement involves an agreement by which Defendants will change the national name under which they offer their prescription benefit plan.

4. The national name change requires a transition period that the parties have agreed will coincide with the beginning of the marketing period for 2008 plans (October 1, 2007).

5. Because this is a highly regulated area, the Defendants' new national name will have to be approved by the Centers for Medicare and Medicaid Services. Defendants have not yet selected the new name, but the parties have agreed to certain guidelines for selection of the new national name.

6. The parties have further agreed that the lawsuit should not be dismissed until the new name has been selected, approved by the federal agency, and announced in conjunction with the 2008 marketing period. The parties have agreed that at that time, the case will be dismissed with prejudice.

7. In order to avoid the unnecessary cost of continuing this litigation (including completion of discovery, motion practice, and trial preparation) the parties jointly request that the Court stay all action in this matter by the entry of an administrative closure order. That order should stay in place until the filing of a stipulation of dismissal with prejudice, which the parties anticipate will occur no later than October 4, 2007, which is three business days following the opening of the marketing period for 2008 plans.

8. A proposed order is being contemporaneously submitted by email in accordance with the CM/ECF manual.

WHEREFORE, the parties jointly request that the Court enter an administrative closure order staying all action in this matter until such time as a joint stipulation of dismissal with prejudice is filed.

DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.

By: s/ Tom Q. Ferguson
Tom Q. Ferguson, OBA No. 12288
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma 74103-3725
Telephone (918) 582-1211
Facsimile (918) 591-5360
tferguson@dsda.com

Attorneys for Plaintiff

By: s/ Richard W. Young
*(Signed by filing attorney with permission)*
Lyndon W. Whitmire, OBA # 17164
Douglas M. Todd, OBA # 15378
PHILLIPS MCFALL, MCCAFFREY, MCVAY
& MURRAH, P.C.
One Leadership Square, 12th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
lwwhitemire@phillipsmcfall.com

Richard W. Young
David J. Moorhead
DRINKER, BIDDLE & REATH
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

dmtodd@phillipsmcfall.com
lwwhitmire@phillipsmcfall.com
ryoung@gcd.com
dmoorhead@gcd.com

s/ Tom Q. Ferguson