**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **COMMUNITYCARE HMO, INC.,**<br><br>PLAINTIFF,<br>VS.<br><br>**MEMBERHEALTH, INC., COMMUNITY CARE RX, LLC AND NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,**<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 06-CV-197 TCK-SAJ** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to the Administrative Closure Order (Docket No. 111) entered by the Court on March 5, 2007, the parties stipulate that this action should be dismissed with prejudice as to all claims and counterclaims. The parties jointly request that the Court enter the Order of Dismissal in the form being submitted by email in accordance with the CM/ECF manual. Furthermore, Plaintiff hereby withdraws with prejudice its Motion for Contempt (Docket No. 59) filed on November 2, 2006.

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

By: s/ Tom Q. Ferguson
Tom Q. Ferguson, OBA No. 12288
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma 74103-3725
Telephone (918) 582-1211
Facsimile (918) 591-5360
tferguson@dsda.com

Attorneys for Plaintiff

By: s/ Richard W. Young
*(Signed by filing attorney with permission)*

Lyndon W. Whitmire, OBA # 17164
Douglas M. Todd, OBA # 15378
PHILLIPS MCFALL, MCCAFFREY, MCVAY & MURRAH, P.C.
One Leadership Square, 12th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
lwwhitemire@phillipsmcfall.com

Richard W. Young
David J. Moorhead
DRINKER, BIDDLE & REATH
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

Attorneys for Defendants