# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **COMMUNITYCARE HMO, INC.,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | |
| | ) | **CASE NO. 06-CV-197 TCK-SAJ** |
| **MEMBERHEALTH, INC., COMMUNITY CARE RX, LLC AND NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' joint motion for entry of a final order (Docket No. 112), the Court finds that such motion should be and hereby is **GRANTED.**

**WHEREFORE IT IS ORDERED** that all claims and counterclaims in this case are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear its own attorney's fees and costs.

**ORDERED** this 3rd day of October, 2007.

Terence Kern

UNITED STATES DISTRICT JUDGE